[No. 8736–1–III.   Division Three.   June 22, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TROY C. LASS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87–1–00341–9, William J. Grant, J., entered July 10, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J. Now published at 55 Wn. App. 300.

[No. 9260–7–III.   Division Three.   June 22, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LYLE ROETCISOENDER, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 87–1–00124–4, Howard Hettinger, J., entered March 22, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.

[No. 20798–9–I.   Division One.   June 26, 1989.]

*In the Matter of the Dependency of* P.A.

MYRA ACOSTA, *Appellant,* v. SEATTLE INDIAN CENTER, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 84–7–01247–0, Frank H. Roberts, Jr., J., entered March 16, 1987. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson, J., and Williams, J. Pro Tem.